IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 19  PM 4:23
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX ABEL AVILA MATUTE,<br>a/k/a ALEX ABEL AVILA-MARTINES,<br><br>    Defendant. | 8:25CR180<br><br>INDICTMENT<br>8 U.S.C. § 1326(a)<br>18 U.S.C § 111(a)(1) |

The Grand Jury charges that

## COUNT I

On or about August 15, 2025, in the District of Nebraska, the defendant, ALEX ABEL AVILA MATUTE, a/k/a ALEX ABEL AVILA-MARTINES, an alien, who previously had been excluded, deported, and removed from the United States to Honduras, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT II

On or about August 15, 2025, in the District of Nebraska, the Defendant, ALEX ABEL AVILA MATUTE, a/k/a ALEX ABEL AVILA-MARTINES, did knowingly and intentionally forcibly resist, oppose, impede, and interfere with federal law enforcement officers who were engaged in the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney